UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**

v.                                          Case Nos. 3:20cr38-TKW
                                                    3:23cv2975-TKW-MAL

**CEDRIC VALENTINE,**

   **Defendant.**
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc 136) and Defendant's objection (Doc. 140). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that Defendant's §2255 motion should be denied without an evidentiary hearing and that a certificate of appealability should be denied.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's §2255 motion (Doc. 124) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE and ORDERED** this 3rd day of January, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**